1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendant
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12 SHIA ASSOCIATION OF THE BAY AREA,   )
   INC.,                               )  No. C 06-5515 JW(PVT)
13                                     )
                   Plaintiff,          )
14                                     )
             v.                        )
15                                     )  JOINT STIPULATION TO VACATE
                                       )  DATES; AND [~~PROPOSED~~] ORDER
   MICHAEL CHERTOFF, Secretary of the  )
16 Department of Homeland Security; *et al.*, )
                                       )
17                 Defendants.         )
                                       )
18

19     On December 5, 2006, Plaintiff filed a motion for preliminary injunction, requesting that

20 Defendants adjudicate Plaintiff's Form I-360 Petition for Special Immigrant with the United States

21 Citizenship and Immigration Services ("USCIS") on behalf of beneficiary Dr. Nabi Riza Mir by

22 December 21, 2006.  The parties also stipulated to an expedited briefing schedule and a hearing on

23 the motion for preliminary injunction on December 11, 2006, at 9:00a.m.

       Defendants agree to adjudicate Plaintiff's Form I-360 application by December 29, 2006.
24
   Therefore, the parties agree to vacate the December 11, 2006 hearing on the preliminary
25
   injunction.  The parties further agree to vacate the January 8, 2007 hearing for Defendants' motion
26
   for summary judgment and suspend briefing and agree to inform the Court by January 2, 2007, as
27
   to whether the parties will stipulate to dismiss this case or take further action.
28

Stipulation to Vacate Dates
C06-5515 JW

1
2  Dated: December 7, 2006                          /s/
3                                        Ila C. Deiss
                                         Assistant United States Attorney
                                         Attorney for Defendants
4
5
6  Dated: December 7, 2006                          /s/
                                         Zaheer Zaidi
                                         Attorney for Plaintiff
7
8
9
                                    **ORDER**
10
11
12 **IT IS SO ORDERED.**
13
   Dated:   12/8/2006
14                                        _____
                                          JAMES WARE
15                                        United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Vacate Dates
C06-5515 JW                                2