**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Shia Association of Bay Area, Inc., | NO. C 06-05515 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Michael Chertoff, et al., | |
| Defendants. | |

In light of the parties' stipulation to vacate the hearing on the preliminary injunction and Defendants' motion for summary judgment, the Court also vacates the case management conference presently scheduled for December 18, 2006. The Court will reschedule the conference, if necessary, upon receipt of the parties' update as to the status of the case on January 2, 2007.

Dated: December 13, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ila Casy Deiss ila.deiss@usdoj.gov
Zaheer Zaidi zaheer_z@pacbell.net

**Dated:  December 13, 2006**                    **Richard W. Wieking, Clerk**

                                                                          **By:     /s/ JW Chambers
                                                                                  Elizabeth Garcia
                                                                                  Courtroom Deputy**