KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIA ASSOCIATIONS OF BAY AREA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, and ROBERT P. MUELLER, III, Director of the Federal Bureau of Investigation, <br><br> Defendants. | No. C 06-5515 JW (PVT) <br><br> STIPULATION TO DISMISS; AND [PROPOSED] ORDER |

Plaintiff, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's Petition for Special Immigrant (Form I-360) on December 29, 2006.

Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C06-5515 JW                                           1

| | | |
|---|---|---|
| 1 | Date: January 2, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

```
                                        _____/s/_____
                                        ILA C. DEISS
                                        Assistant United States Attorney
                                        Attorneys for Defendants




Date: January 2, 2006                   _____/s/_____
                                        ZAHEER ZAIDI
                                        Attorney for Plaintiff



                            ORDER

    Pursuant to stipulation, IT IS SO ORDERED.



DATED: January 3, 2007      _____
                            JAMES WARE
                            United States District Judge
```

Stip. to Dismiss
C06-5515 JW                          2